■ In the Matter of JACK HAYWOOD, Appellant, v TOWN OF ONTARIO et al., Respondents. [605 NYS2d 1008] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sirkin, J. (Appeal from Judgment of Supreme Court, Wayne County, Sirkin, J.—Article 78.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.